**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Laschelle Featherson-Olson, | Case No.: 2:25-cv-02431-JAD-NJK |
| Plaintiff | |
| v. | **Order Granting Motion to Transfer Case to Unofficial Northern District** |
| Humboldt General Hospital, et al., | [ECF No. 20] |
| Defendants | |

Laschelle Featherson-Olson sues Humboldt General Hospital, its board of trustees, and members of the hospital's staff for employment discrimination. The defendants move to transfer this case to the unofficial northern district of this court because all of the actions Featherson-Olson alleges in her complaint took place in Humboldt County, which is part of the northern district.[1] Featherson-Olson opposes, arguing that venue is proper in the Las Vegas court. But under Local Rule IA 1-8(a), civil actions "must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose."[2] Featherson-Olson does not dispute that all of the facts supporting her claims occurred in the northern district, so I grant the defendants' motion and transfer this case.[3]

IT IS THEREFORE ORDERED that the defendants' motion to transfer **[ECF No. 20] is GRANTED**. This action is transferred to the unofficial northern district of this court for all further proceedings. **The Clerk of Court is directed to transfer and reopen this matter as a**

---

[1] ECF No.

[2] L.R. IA 1-8(a)

[3] I also note that there is a related case pending in this division. *See Melendez v. Humboldt Gen. Hosp.*, 2:25-cv-02429-RFB-EJY. The magistrate judge has recommended transferring that case to the unofficial northern district too. *See* ECF No. 18 in *Melendez*, 2:25-cv-02429-RFB-EJY. The report and recommendation remains pending in that case.

**new action under a new docket number in the northern division**, and close this docket number without prejudice to Laschelle Featherson-Olson regarding any limitation and filing fee.

_____
U.S. District Judge Jennifer A. Dorsey
April 8, 2026