# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEATHERSTON-OLSON, | Case No. 3:26-cv-00248-MMD-CSD |
| Plaintiff, | |
| v. | |
| HUMBOLDT GENERAL HOSPITAL, *et al.*, | |
| Defendants. | *and related case* |
| MELENDEZ, | Case No. 2:25-cv-02429-RFB-EJY |
| Plaintiff, | |
| v. | REASSIGNMENT ORDER |
| HUMBOLDT GENERAL HOSPITAL, *et al.*, | |
| Defendants. | |

Defendants filed notices of related cases in the above referenced cases. (ECF No. 21 in 3:26-cv-00248-MMD-CSD and ECF No. 20 in 2:25-cv-02429-RFB-EJY.) The presiding District Judges agree that these two cases are related and that there is good cause to reassign these cases to one District Judge under Local Rule 42-1(a) as well as Federal Rule of Civil Procedure 42(a)(3). Moreover, it would entail substantial duplication of labor if the actions were heard by different district judges. LR 42-1(a)(5). Accordingly, it is therefore ordered that the Clerk of Court is directed to reassign Case No. 2:25-cv-02429-RFB-EJY to District Judge Miranda M. Du.

DATED THIS 10th Day of April 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE