Kiah D. Beverly-Graham
NV Bar No. 11916
General Counsel
Great Basin College
7000 Dandini Boulevard
Reno, Nevada 89512
(775) 824-3857
(775) 673-7297 fax
kbeverly@tmcc.edu

*Attorney for Defendants State of Nevada*
*ex rel. Board of Regents of the Nevada*
*System of Higher Education obo*
*Great Basin College; and Amber Donnelli,*
*in her individual and official capacity*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

LASCHELLE FEATHERSTON-OLSON,

      Plaintiff,

      v.

HUMBOLDT GENERAL HOSPITAL; *et al*.

      Defendants.

3:26-cv-00248-MMD-CSD

**ORDER GRANTING STIPULATION**
**(FIRST REQUEST)**

Pursuant to LR 26-3, Plaintiff Laschelle Featherston-Olson and Defendant State of Nevada *ex rel*. Board of Regents of the Nevada System of Higher Education ("NSHE") on behalf of Great Basin College, incorrectly named herein as "Great Basin College" ("GBC") and Defendant Amber Donnelli, in her individual and official capacity (collectively the "NSHE Defendants"), hereby stipulate to extend the existing deadlines associated with the NSHE Defendants' pending Motion to Dismiss the First Amended Complaint (ECF No. 53) ("MTD") as follows:

    1.  Plaintiff's deadline to file any Opposition to the MTD is extended from May 19, 2026 **to June 18, 2026**; and

1

2.  NSHE Defendants' deadline to file a Reply in support of the MTD is extended from seven days after filing of Plaintiff's Opposition **to July 9, 2026**.

The parties further stipulate that Plaintiff's pending Motion to Extend Time to File Opposition to the NSHE Defendant's MTD (ECF No. 56) is withdrawn.

This is the parties' first stipulation to extend the deadlines addressed herein. The request is supported by good cause as follows. Plaintiff is *pro se* and two dispositive motions are currently pending. Plaintiff reasonably requires additional time to respond to the NSHE Defendants' MTD. Plaintiff originally filed a Motion to Extend Time (ECF No. 56), seeking relief similar to what is stipulated herein. The parties believe consensually resolving this issue will avoid the unnecessary use of judicial resources. The purpose of this Stipulation is not to cause any undue delay or any other improper purpose.

**IT IS SO STIPULATED**

DATED May 7, 2026

*/s/ Laschelle Featherston-Olson*
Laschelle Featherston-Olson
*Plaintiff*

*/s/ Kiah Beverly-Graham*
Kiah D. Beverly-Graham
NV Bar No. 11916
7000 Dandini Boulevard
Reno, Nevada 89512
kbeverly@tmcc.edu

*Attorney for NSHE Defendants*

IT IS SO ORDERED.

U.S. DISTRICT COURT JUDGE

DATED:__May 8, 2026_____

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I am an employee of the Nevada System of Higher Education, over the age of 18 yeas and not a party to the within action.  On May 7, 2026, I served a true and correct copy of the attached STIPULATION AND [PROPOSED] ORDER FIRST REQUEST) (via the Court's CM/ECF Filing System) by electronic service (the court to electronically service the following individual(s):

Laschelle Featherston-Olson
9404 Grand Gate Street
Las Vegas, NV  89143

ALICE CAMPOS MERCADO, ESQ.
Nevada Bar No. 4555
LEMONS, GRUNDY & EISENBERG
601 Sierra Rose Drive, Suite 202
Reno, Nevada 89511
(775) 786-6868; (775) 786-9716 (fax)
acm@lge.net


 /s/ Nicholle Pendergraft
Nicholle Pendergraft

3