**ALICE CAMPOS MERCADO, ESQ.**
Nevada Bar No. 4555
**LEMONS, GRUNDY & EISENBERG**
601 Sierra Rose Drive, Suite 202
Reno, Nevada 89511
(775) 786-6868; (775) 786-9716 (fax)
acm@lge.net

*Attorneys for Defendants Humboldt General*
*Hospital; Humboldt General Hospital Board*
*of Trustees; Robyn Dunckhorst; Angela Giese;*
*Clarissa Vincent; and Brian Washburn*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LASCHELLE FEATHERSTON-OLSON,<br><br>Plaintiff,<br><br>vs.<br><br>HUMBOLDT COUNTY HOSPITAL DISTRICT, dba HUMBOLDT GENERAL HOSPITAL, a political subdivision of the State of Nevada; HUMBOLDT COUNTY HOSPITAL DISTRICT BOARD OF TRUSTEES; STATE OF NEVADA ex rel BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION on behalf of GREAT BASIN COLLEGE; AMBER DONNELLI, PH.D., RN, CNE, individually and in her official capacity; ROBYN DUNCKHORST, individually and in her official capacity; ANGELA GIESE, individually and in her official capacity; BRIAN WASHBURN, individually and in his official capacity; CLARISSA VINCENT, individually and in her official capacity; et al.,<br><br>Defendants. | **CASE NO. 3:26-CV-00248-MMD-CSD**<br><br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES TO FILE OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT AND REPLY THERETO; AND ORDER THEREON (First Request)** |

Pursuant to LR II 26-3, Plaintiff LASCHELLE FEATHERSTON-OLSON and Defendants HUMBOLDT COUNTY HOSPITAL DISTRICT dba HUMBOLDT GENERAL HOSPITAL; HUMBOLDT COUNTY HOSPITAL DISTRICT BOARD OF TRUSTEES; ROBYN DUNCKHORST, ANGELA GIESE, CLARISSA VINCENT, and BRIAN WASHBURN (hereafter collectively, "HGH Defendants") hereby stipulate to extend the existing deadlines associated with the HGH Defendants' pending Motion to Dismiss the First Amended Complaint (ECF No. 50) as follows:

1

1. Plaintiff's deadline to file an Opposition to the HGH Defendants' Motion to Dismiss First Amended Complaint is extended from May 19, 2026 to June 17, 2026; and

2. The HGH Defendants' deadline to file a Reply in support of the Motion to Dismiss is extended from seven days after filing of Plaintiff's Opposition to July 1, 2026.

The parties further stipulate that Plaintiff's pending for Motion for Extension of Time to File Opposition to HGH Defendants' Motion to Dismiss (ECF No. 55) is withdrawn.

This is the parties' first stipulation to extend the deadlines addressed herein. The request is supported by good cause as follows. Plaintiff is pro se and two dispositive motions are currently pending. Plaintiff reasonably requires additional time to respond to the HGH Defendants' Motion to Dismiss. Plaintiff originally filed a Motion for Extension of Time to File Opposition to HGH Defendants' Motion to Dismiss (ECF No. 55), seeking relief similar to what is stipulated herein. The parties believe consensually resolving this issue will avoid the unnecessary use of judicial resources.

The purpose of this Stipulation is not to cause any undue delay or any other improper purpose.

**IT IS SO STIPULATED.**

DATED: May 8, 2026

/s/ *Laschelle Featherston-Olson*
LASCHELLE FEATHERSTON-OLSON
*Pro Se Plaintiff*

DATED: May 8, 2026

LEMONS, GRUNDY & EISENBERG

By: /s/ *Alice Campos Mercado*
ALICE CAMPOS MERCADO
*Attorneys for HGH Defendants*

**IT IS SO ORDERED:**

_____
HON. MIRANDA DU
UNITED STATES DISTRICT JUDGE

DATED: _____May 8, 2026_____

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
601 SIERRA ROSE DRIVE
SUITE 202
RENO, NV 89511
(775) 786-6868